UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cr-71-MOC-WCM-4

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **ALLAN COLLADO-RAUDEZ,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on defendant's pro se Motion for Early Termination of Supervised Release.

The Court denies the motion at this time because, although defendant asserts that his supervising officer does not oppose early termination, defendant has not submitted a written statement from his supervising officer stating as such. For the Court to reach the merits of a request for early termination, defendant's motion must be accompanied by a statement from defendant's supervising officer explaining why defendant is a suitable candidate for early termination.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's pro se Motion for Early Termination of Supervised Release (#293) is **DENIED WITHOUT PREJUDICE**.

Signed: September 3, 2019



Max O. Cogburn Jr.
United States District Judge